# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 5, 2022

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Ramar Travelle Palms
v. United States
Application No. 21A674
(Your No. 20-5072)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Gorsuch, who on May 5, 2022, extended the time to and including July 8, 2022.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Blain David Myhre
Blain Myhre, LLC
PO Box 3600
Englewood, CO 80155


Mrs. Elizabeth B. Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

# Lynn Tiefenthaler

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Monday, May 9, 2022 2:07 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 20-5072 United States v. Palms "Document filed" (4:19-CR-00103-CVE-1) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 05/09/2022 at 1:05:55 PM Mountain Daylight Time and filed on 05/09/2022

**Case Name:** United States v. Palms
**Case Number:** 20-5072
**Document(s):** Document(s)

**Docket Text:**
[10911906] United States Supreme Court order granting an extension of time to 7/08/22 within which to file a petition for a writ of certiorari. Served on 05/05/2022. Manner of Service: US mail. [20-5072]

**Notice will be electronically mailed to:**

Ms. Leena Alam: leena.alam@usdoj.gov, wforeman@usa.doj.gov, caseview.ecf@usdoj.gov, elizabeth.dick@usdoj.gov
Thomas Duncombe: thomas.duncombe@usdoj.gov, kortni.barton@usdoj.gov, theresa.craft@usdoj.gov, caseview.ecf@usdoj.gov, kim.jackson@usdoj.gov
Mr. Blain David Myhre: blainmyhre@gmail.com, sfra4ever@comcast.net

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 20-5072 ussc.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=05/09/2022] [FileNumber=10911906-0]
[97be96d4c42caf4881770c6056ead95cda7073c421af766b654a84b6d37f3b52f69026858f486386ad28a0cbfda061c4e58
49b5687d290f5691bc9a46483881c]]